IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CONVERGENT OUTSOURCING, ) <br> Woodland Hills, CA ) <br> ) <br> Garnishee, ) <br> ) <br> DEBORA GRAY, ) <br> ) <br> Defendant. ) | MISC. ACTION NO. <br> 2:18mc3829-MHT <br> (WO) |

## DISPOSITION ORDER

A writ of continuing garnishment has been issued and served upon garnishee Convergent Outsourcing. Pursuant to the writ, garnishee Convergent Outsourcing filed an answer on September 5, 2018, stating that at the time of the service of the writ, that it employs defendant Debora Gray and will withhold from Gray's wages or salary the amount required by law.

Gray was notified of her right to a hearing and has not requested one or otherwise objected to the writ.

***

Accordingly, it is ORDERED that:

(1) Garnishee Convergent Outsourcing shall withhold 25 % from defendant Debora Gray's net pay at every pay period and shall promptly remit the identified nonexempt funds every pay period to the Clerk of Court, One Church Street, Suite B-110, Montgomery, AL 36104;

(2) The clerk of court shall apply these funds to the restitution balance owed by defendant Gray in case 2:13-cr-47-WKW (M.D. Ala.).

(3) This garnishment order shall remain in effect until satisfaction of the debt owed to plaintiff United States of America, until defendant Gray ceases employment with garnishee Convergent Outsourcing (unless the garnishee reinstates or reemploys defendant Gray within 90 days after defendant Gray's dismissal or resignation), or until this court enters an order quashing the writ of continuing garnishment, whichever comes first.

(4) Plaintiff United States of America shall promptly notify the court and garnishee Convergent Outsourcing upon satisfaction of the debt.

This case is administratively closed.

DONE, this the 11th day of July, 2019.

                                             /s/ Myron H. Thompson
                                           **UNITED STATES DISTRICT JUDGE**